| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stoll, Kara F. | 2. Court or Organization<br><br>United States Court of Appeals, Federal Circuit | 3. Date of Report<br><br>11/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Nominee Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 11/12/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>11/10/2014 |
| 7. Chambers or Office Address<br><br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 2. Co-Chair | Rules Committee for the Federal Circuit Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Finnegan - Partnership distribution | $677,297.00 |
| 2. | 2013 | Finnegan - Partnership distribution | $811,218.00 |
| 3. | 2012 | Finnegan - Partnership distribution | $787,435.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | The Boeing Company - salary |
| 2. | 2013 | The Boeing Company - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 8

Name of Person Reporting

Stoll, Kara F.

Date of Report

11/13/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 8

Name of Person Reporting

Stoll, Kara F.

Date of Report

11/13/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | PNC Bank - Accounts | A | Interest | M | T | Exempt | | | | |
| 2. | Wells Fargo - Accounts | A | None | J | T | Exempt | | | | |
| 3. | Finnegan Capital Accounts | A | None | N | T | Exempt | | | | |
| 4. | Finnegan "LEO" Retirement Plan | A | Int./Div. | M | T | Exempt | | | | |
| 5. | American Funds College 2027 Fund - 529 | A | Int./Div. | L | T | Exempt | | | | |
| 6. | American Funds College 2024 Fund - 529 | A | Int./Div. | M | T | Exempt | | | | |
| 7. | American Funds College 2021 Fund - 529 | A | Int./Div. | M | T | Exempt | | | | |
| 8. | College Counts Age-Based Moderate 9-12 Years C | A | Int./Div. | J | T | Exempt | | | | |
| 9. | IRA #1 | B | Dividend | K | T | Exempt | | | | |
| 10. | - Vanguard 500 Index Fund Admiral Shares | | | | | Exempt | | | | |
| 11. | 401(k) Account #1 | C | Dividend | O | T | Exempt | | | | |
| 12. | - Vanguard Retirement Savings Trust | | | | | Exempt | | | | |
| 13. | - T Rowe Price New Horizons Fund | | | | | Exempt | | | | |
| 14. | - Vanguard Windsor II Admiral Fund | | | | | Exempt | | | | |
| 15. | - PIMCO Total Return Institutional Fund | | | | | Exempt | | | | |
| 16. | - Vanguard Institutional Index Fund | | | | | Exempt | | | | |
| 17. | - American Beacon Small Cap Value Institutional Fund | | | | | Exempt | | | | |

1. Income Gain Codes:  (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
P =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - MainStay Large Cap Growth Fund | | | | | Exempt | | | | |
| 19. iShares Russell 2000 Growth ETF | A | Dividend | K | T | Exempt | | | | |
| 20. PowerShares FTSE RAFI US 1000 Portfolio Fund | A | Dividend | J | T | Exempt | | | | |
| 21. SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | Exempt | | | | |
| 22. Vanguard Mid-Cap Value Index Fund | A | Dividend | J | T | Exempt | | | | |
| 23. Vanguard Growth Index Fund | A | Dividend | J | T | Exempt | | | | |
| 24. Franklin Small Cap Value Fund | A | None | J | T | Exempt | | | | |
| 25. Mainstay Epoch Global Equity Yield Fund | A | Dividend | J | T | Exempt | | | | |
| 26. Oppenheimer Developing Markets Fund | A | Int./Div. | J | T | Exempt | | | | |
| 27. Oppenheimer International Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 28. T Rowe Price Mid-Cap Growth Fund | A | None | J | T | Exempt | | | | |
| 29. Fidelity Advisor Floating Rate High Income Fund | A | Dividend | J | T | Exempt | | | | |
| 30. PIMCO Unconstrained Bond Fund Instl | A | Dividend | J | T | Exempt | | | | |
| 31. T Rowe Price VA - Tax Free Bond | A | Dividend | K | T | Exempt | | | | |
| 32. Templeton Global Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 33. Boeing Lifecyle 2030 Fund | A | Dividend | J | T | Exempt | | | | |
| 34. SSgA S&P 500 Index Fund | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 11/13/2014 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Global Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 36. Boeing VIP Stable Value Fund | A | Dividend | J | T | Exempt | | | | |
| 37. Boeing International Companies Fund | A | Dividend | J | T | Exempt | | | | |
| 38. Boeing US Small/Mid Companies Fund | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 11/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kara F. Stoll**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 247 | 214 | Notes payable to banks-secured (auto) | | 35 | 550 |
| U.S. Government securities (Series EE Bonds) | | 1 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 275 | 026 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 524 | 430 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable (vacation home) | | 950 | 000 |
| Real estate owned – see schedule | 2 | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 62 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 332 | 792 | | | | |
| | | | | Total liabilities | | 985 | 550 |
| | | | | Net Worth | 4 | 056 | 912 |
| Total Assets | 5 | 042 | 462 | Total liabilities and net worth | 5 | 042 | 462 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |